UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

FLUXO-CANE OVERSEAS LTD. and MANOEL
FERNANDO GARCIA,

Plaintiff,

v.

NEWEDGE USA, LLC (f/k/a FIMAT USA LLC)

Defendant.

---------------------------------------------------------------x

Case No. 08 Civ. _____

**RULE 7.1
DISCLOSURE
STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for FLUXO-CANE OVERSEAS LTD. certifies that it does not have a parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated:    March 10, 2008
          New York, New York

Respectfully submitted,

FLUXO-CANE OVERSEAS LTD.

By its attorneys,

KOBRE & KIM LLP

By: _____
    Michael S. Kim (MK-0308)
    Andrew C. Lourie (AL-0630)
    Francisco J. Navarro (FN-1874)
    800 Third Avenue
    New York, New York 10022
    Telephone:   212.488.1200
    Facsimile:   212.488.1220