UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLUXO-CANE OVERSEAS LTD. and
MANOEL FERNANDO GARCIA,

      Plaintiffs,

         v.

NEWEDGE USA, LLC (f/k/a FIMAT USA LLC),

      Defendant.

Case No. 08 Civ._____

**DECLARATION OF
FRANCISCO J. NAVARRO**

---

      FRANCISCO J. NAVARRO, pursuant to 28 U.S.C. § 1746, hereby declares under the penalties of perjury that the following statements are true and correct:

      1.    I am associated with Kobre & Kim LLP and am admitted to practice in the Southern District of New York. In this action, I represent plaintiffs Fluxo-Cane Overseas, Ltd. ("Fluxo-Cane") and Manoel Fernando Garcia ("Garcia") (collectively "Plaintiffs") and submit this declaration in support of Plaintiffs' instant request for emergency relief against Newedge USA, LLC (f/k/a FIMAT USA LLC) ("Newedge" or "Defendant").

      2.    On March 10, 2008, Plaintiffs notified Defendant Newedge by e-mail of its intention to move by order to show cause for a temporary restraining order and preliminary injunction enjoining Defendant Newedge from arbitrating its claims against Plaintiffs.

3. Plaintiffs forwarded a copy of their proposed order to show cause and this memorandum of law to Defendant at that time.

4. I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed the tenth day of March, 2008, at New York, New York.

_____
Francisco J. Navarro