AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

FLUXO-CANE OVERSEAS LTD. and MANOEL FERNANDO GARCIA,
Plaintiffs

v.

NEWEDGE USA, LLC (f/k/a FIMAT USA LLC),
Defendants

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fluxo-Cane Overseas, Ltd. and Manoel Fernando Garcia

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/10/2008 | _(signature)_ |
| Date | Signature |
| | Michael S. Kim — MK-0308 |
| | Print Name / Bar Number |
| | 800 Third Avenue |
| | Address |
| | New York, NY 10022 |
| | City / State / Zip Code |
| | (212) 488-1200 / (212) 488-1220 |
| | Phone Number / Fax Number |