UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLUXO-CANE OVERSEAS LTD. AND : x
MANOEL FERNANDO GARCIA,
:
     Plaintiffs,               : Case No. 08 Civ 2432
         v.
:

NEWEDGE USA, LLC (f/k/a FIMAT USA  : **AFFIRMATION OF**
LLC)                                           : **SERVICE**
:

     Defendants.             :

---x

## AFFIDAVIT OF SERVICE

I, RAYMOND A. PACIA, declare under penalty of perjury that I have served a copy of the attached documents listed below upon Newedge USA, LLC whose address is 630 Fifth Avenue, Suite 500, New York, New York 10111 by personal delivery.

    a) Civil Cover Sheet
    b) Complaint
    c) Summons
    d) Notice of Appearance of Francisco J. Navarro
    e) Notice of Appearance of Michael S. Kim
    f) Notice of Appearance of Andrew C. Lourie
    g) Declaration of Francisco J. Navarro
    h) Rule 7.1 Disclosure Statement
    i) Order to Show Cause

j) Memorandum of Law in Support of Plaintiff's Order to Show Cause for a Temporary Restraining Order and a Preliminary Injunction

Dated: New York, New York
March 14, 2008

Raymond A. Pacia
Analyst
Kobre & Kim LLP
800 Third Avenue
New York, New York
Tel. (212) 488-1200
Fax (212) 488-1220

Subscribed and sworn to before me this 14th of March 2008.

LEIF SIMONSON
Notary Public - State of New York
No. 02SI6147043
Qualified in New York County
My Commission Expires 05/30/2010

Notary Public