

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

FLUXO-CANE OVERSEAS LTD. and MANOEL
FERNANDO GARCIA, Plaintiffs

V.

NEWEDGE USA, LLC (f/k/a FIMAT USA LLC),
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  08 CV 2432



TO: (Name and address of Defendant)

Newedge USA, LLC
Rockefeller Center
630 Fifth Avenue, Suite 500
New York, New York  10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael S. Kim
Andrew C. Lourie
Francisco J. Navarro
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      MAR 1 0 2008

CLERK                                                   DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/10/2008 |
| NAME OF SERVER *(PRINT)* Raymond A. Pacia | TITLE Analyst, Kobre & Kim LLP |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
   Newedge USA, LLC; 630 Fifth Avenue; Suite 500; New York, New York 10111

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:
   Receptionist, Newedge USA, LLC.

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/14/2008
              Date                   Signature of Server

                              800 Third Avenue; New York, New York 10022
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.