✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

FLUXO-CANE OVERSEAS LTD. and MANOEL FERNANDO
GARCIA,
Plaintiffs

v.

NEWEDGE USA, LLC (f/k/a FIMAT USA LLC),
Defendants

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

        Fluxo-Cane Overseas, Ltd. and Manoel Fernando Garcia

      I certify that I am admitted to practice in this court.

| 3/10/2008 | | |
|---|---|---|
| Date | Signature | |
| | Francisco J. Navarro | FN-1874 |
| | Print Name | Bar Number |
| | 800 Third Avenue | |
| | Address | |
| New York | NY | 10022 |
| City | State | Zip Code |
| (212) 488-1200 | (212) 488-1220 | |
| Phone Number | Fax Number | |