IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLUXO-CANE OVERSEAS LTD. and<br>MANOEL FERNANDO GARCIA,<br><br>        Plaintiffs,<br><br>v.<br><br>NEWEDGE USA, LLC (f/k/a FIMAT USA LLC),<br><br>        Defendant. | )<br>)<br>)<br>) No. 08 Civ. 2432<br>)<br>) Honorable Judge Jones<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF MARTIN GOLDENBERG

1. I am over the age of 21 and am competent to testify as to the statements set forth in this declaration.

2. I am the Assistant Secretary of Newedge USA, LLC (f/k/a FIMAT USA LLC) ("Newedge").

3. This declaration is submitted in response to the above-captioned lawsuit filed by Fluxo-Cane Overseas Ltd. and Manoel Fernando Garcia against Newedge.

4. Newedge is a Delaware limited liability company, which has the following members: Newedge Group, Fimat Americas SAS, V-Trader Pro, LLC, and Nolita Capital, LLC.

5. Newedge Group is a Société Anonyme organized under the laws of the Republic of France.

6. Société Générale S.A. ("SocGen") and Calyon each own 50% of Newedge Group.

7. SocGen is a Société Anonyme organized under the laws of the Republic of France.

8. Calyon is a Société Anonyme organized under the laws of the Republic of France.

9. Fimat Americas SAS is a Société Par Action Simplifiée organized under the laws of the Republic of France.

10. Fimat Americas SAS is wholly owned by Newedge Group.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2008 at New York, New York.

*[signature]*
Martin Goldenberg