AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__   DISTRICT OF   __New York__

FLUXO-CANE OVERSEAS LTD. and MANOEL
FERNANDO GARCIA,
Plaintiffs

**APPEARANCE**

v.

Case Number: 08 Civ.

NEWEDGE USA, LLC (f/k/a FIMAT USA LLC)
Defendants

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fluxo-Cane Overseas, Ltd. and Manoel Fernando Garcia

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/10/2008 | _(signature)_ |
| Date | Signature |
| | Andrew C. Lourie     AL-0630 |
| | Print Name     Bar Number |
| | 1919 M Street, NW |
| | Address |
| | Washington     DC     20036 |
| | City     State     Zip Code |
| | (202) 664-1900     (202) 664-1920 |
| | Phone Number     Fax Number |