Benjamin R. Nagin
Alex J. Kaplan
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

William J. Nissen (pro hac vice application forthcoming)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FLUXO-CANE OVERSEAS LTD. and MANOEL
FERNANDO GARCIA,

                       Plaintiffs,

          -against-

NEWEDGE USA, LLC (f/k/a FIMAT USA, LLC)

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                       No. 08 Civ. 2432 (BSJ)

## CERTIFICATE OF SERVICE

       I, Alex J. Kaplan, hereby certify that on the 18th day of March 2008, I caused

Defendant's Further Opposition to Plaintiffs' Motion for a Temporary Restraining Order;

Declaration of Laurent Cunin, executed on March 12, 2008; Declaration of Benjamin R. Nagin,

executed on March 18, 2008; and Declaration of Martin Goldenberg, executed on March 18,

2008, to be filed and served via the Court's ECF system and to be served via FedEx upon the

following counsel:

2

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

_____
Alex J. Kaplan