AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

FLUXO-CANE OVERSEAS LTD. and
MANOEL FERNANDO GARCIA,

**APPEARANCE**

Plaintiffs,

v.

Case Number: 08 Civ. 2432

NEWEDGE USA, INC. (f/k/a FIMAT USA LLC),

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   NEWEDGE USA, LLC (f/k/a FIMAT USA LLC).

I certify that I am admitted to practice in this court.

MARCH 18, 2008
Date

Signature

ALEX J. KAPLAN                           AK 9525
Print Name                               Bar Number

SIDLEY AUSTIN, LLP, 787 SEVENTH AVENUE
Address

NEW YORK, NEW YORK  10019
City            State            Zip Code

212-839-5839                        212-838-5599
Phone Number                         Fax Number