AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

FLUXO-CANE OVERSEAS LTD. and
MANOEL FERNANDO GARCIA,

        Plaintiffs,

v.

NEWEDGE USA, INC. (f/k/a FIMAT USA LLC),

        Defendant.

**APPEARANCE**

Case Number: 08 Civ. 2432

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for   NEWEDGE USA, LLC (f/k/a FIMAT USA LLC).

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| MARCH 18, 2008 | *[signature]* |
| Date | Signature |
| | BENJAMIN R. NAGIN     BN 0539 |
| | Print Name     Bar Number |
| | SIDLEY AUSTIN, LLP, 787 SEVENTH AVENUE |
| | Address |
| | NEW YORK, NEW YORK  10019 |
| | City     State     Zip Code |
| | 212-839-5911     212-838-5599 |
| | Phone Number     Fax Number |