SIDLEY AUSTIN LLP

Benjamin R. Nagin
Alex J. Kaplan
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

William J. Nissen (pro hac vice application forthcoming)
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FLUXO-CANE OVERSEAS LTD. and MANOEL FERNANDO GARCIA,

      Plaintiffs,

-against-

NEWEDGE USA, LLC (f/k/a FIMAT USA, LLC)

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 08 Civ. 2432

STATEMENT OF DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Newedge USA, LLC (f/k/a FIMAT USA, LLC) ("Newedge") (nongovernmental corporate party) files this disclosure statement.

   Newedge is a limited liability company that is comprised of the following members: Newedge Group, Fimat Americas SAS, V-Trader Pro, LLC ("V-Trader"), and Nolita Capital, LLC ("Nolita"). Fimat Americas SAS is wholly owned by Newedge Group.

V-Trader and Nolita are limited liability companies, and each own less than 10% of Newedge.

Newedge Group is a Société Anonyme organized under the laws of the Republic of France. Société Générale S.A. ("SocGen") and Calyon each own 50% of Newedge Group. SocGen's registered shares are listed on the Paris Stock Exchange, and are also traded in the United States under an American Depository Receipt program. Calyon is a corporate and investment banking subsidiary of Crédit Agricole S.A., whose shares are publicly traded on the Paris Stock Exchange.

Dated: New York, New York
       March 18, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
Benjamin R. Nagin
Alex J. Kaplan
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

-- and --

William J. Nissen (pro hac vice application forthcoming)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Attorneys for Newedge USA, LLC (f/k/a FIMAT USA LLC)