SIDLEY AUSTIN LLP

Benjamin R. Nagin
Alex J. Kaplan
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

William J. Nissen (pro hac vice application forthcoming)
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

FLUXO-CANE OVERSEAS LTD. and MANOEL
FERNANDO GARCIA,

                       Plaintiffs,

        -against-

NEWEDGE USA, LLC (f/k/a FIMAT USA, LLC)

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 08 Civ. 2432

NOTICE OF MOTION TO ADMIT
COUNSEL PRO HAC VICE_____

        PLEASE TAKE NOTICE that, upon the annexed affidavit of Alex J. Kaplan,
with exhibit annexed thereto, the undersigned will move this Court before the Honorable Barbara
S. Jones, at the Courthouse, 500 Pearl Street, New York, New York, at a date to be determined
by the Court, for an order, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States
District Courts for the Southern and Eastern Districts of New York, granting William J. Nissen
admission pro hac vice to the bar of this Court on behalf of Defendant Newedge USA, LLC
(f/k/a FIMAT USA, LLC).

Dated: New York, New York
       March 18, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP


By: _____
    Benjamin R. Nagin
    Alex J. Kaplan
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300

    – and –

    William J. Nissen (pro hac vice application
    forthcoming)
    Sidley Austin LLP
    One South Dearborn Street
    Chicago, Illinois  60603
    (312) 853-7000

Attorneys for Newedge USA, LLC (f/k/a
FIMAT USA LLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FLUXO-CANE OVERSEAS LTD. and MANOEL
FERNANDO GARCIA,

        Plaintiffs,

   -against-

NEWEDGE USA, LLC (f/k/a FIMAT USA, LLC)

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 08 Civ. 2432

AFFIDAVIT OF ALEX J. KAPLAN


STATE OF NEW YORK  )
         ) s.s.:
COUNTY OF NEW YORK )

   ALEX J. KAPLAN, being duly sworn, hereby deposes and says:

   1.  I am an attorney admitted to practice in the state of New York and in this Court, and an associate attorney of the law firm of Sidley Austin LLP, counsel for Defendant Newedge USA, LLC (f/k/a FIMAT USA, LLC) ("Newedge") in this action.  I respectfully submit this affidavit in support of Newedge's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order granting William J. Nissen's admission pro hac vice to the bar of this Court on behalf of Newedge.

   2.  I am a member in good standing of the bar of this Court.

   3.  William J. Nissen is a member in good standing of the bar of the State of Illinois, and is of high moral character.  Mr. Nissen's Certificate of Good Standing for the bar of the State of Illinois is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that this Court grant Newedge's motion for an order permitting William J. Nissen to appear in this action <u>pro</u> <u>hac</u> <u>vice</u> on behalf of Newedge.

_____
Alex J. Kaplan

Subscribed and sworn to before me
this 18th day of March, 2008

_____
Notary Public

MIRIAM MUNOZ
Notary Public, State Of New York
No. 01MU4656613 KINGS
Qualified In Queens County
Commission Expires 02/28/20 10

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

William John Nissen

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1976 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, March 14, 2008.

*Juleann Hornyak*

Clerk

## CERTIFICATE OF SERVICE

I, Alex J. Kaplan, hereby certify that on the 18th day of March 2008, I caused to

be served via FedEx a true and correct copy of the foregoing Notice of Motion to Admit Counsel

*Pro Hac Vice* and exhibit annexed thereto upon the following counsel:

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

_____
Alex J. Kaplan

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Fluxo-Cane Overseas Ltd., et al.,          Plaintiff,

                                                                    08    cv  2432      (BSJ)

              - against -
                                                Defendant.          **ORDER FOR ADMISSION**
Newedge USA, LLC (f/k/a                                             **PRO HAC VICE**
FIIMAT USA,LLC),                                                    **ON WRITTEN MOTION**

Upon the motion of  ALEX J. KAPLAN     attorney for  Defendant Newedge USA, LLC

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

          Applicant's Name:      WILLIAM JOHN NISSEN

          Firm Name:             SIDLEY AUSTIN LLP

          Address:               One South Dearborn Street

          City/State/Zip:        Chicago, Illinois 60603

          Telephone/Fax:         (312) 853-7000 (T); (312) 853-7036(F)

          Email Address:         wnissen@sidley.com

is admitted to practice pro hac vice as counsel for  Defendant Newedge USA, LLC       in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.


Dated:
City, State:  New York, New York




_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006