UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLUXO-CANE OVERSEAS LTD. and : x
MANOEL FERNANDO GARCIA,
:
    Plaintiffs, : Case No. 08 Civ. 2432 (BSJ)
        v. :

NEWEDGE USA, LLC (f/k/a FIMAT USA : **NOTICE OF DISMISSAL**
LLC), :

    Defendant. :
---x

PLEASE TAKE NOTICE that Fluxo-Cane Overseas, Ltd. and Manoel Fernando Garcia, plaintiffs in the above-entitled action, dismiss the action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, permitting dismissal by the plaintiffs, without order of court, by the filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.

Dated: March 21, 2008
      New York, New York

                              Respectfully submitted,

                              KOBRE & KIM LLP

                              By: _____
                              Michael S. Kim (MK-0308)
                              Francisco J. Navarro (FN-1874)
                              800 Third Avenue
                              New York, New York 10022
                              Telephone:   212.488.1200
                              Facsimile:    212.488.1220

                              Andrew C. Lourie (AL-0630)
                              1919 M Street, N.W.
                              Washington, D.C. 20036
                              Telephone:   202.664.1900
                              Facsimile:    202.664.1920

                              *Attorneys for Plaintiffs Fluxo-Cane*
                              *Overseas Ltd. and Manoel Fernando Garcia*