UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
FLUXO-CANE OVERSEAS LTD. and
MANOEL FERNANDO GARCIA,

    Plaintiffs,

        v.

Case No. 08 Civ. 2432 (BSJ)

NEWEDGE USA, LLC (f/k/a FIMAT USA LLC),

**NOTICE OF DISMISSAL**

    Defendant.
---------------------------------------x

PLEASE TAKE NOTICE that Fluxo-Cane Overseas, Ltd. and Manoel Fernando Garcia, plaintiffs in the above-entitled action, dismiss the action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, permitting dismissal by the plaintiffs, without order of court, by the filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.

Dated: March 21, 2008
New York, New York

        Respectfully submitted,

        KOBRE & KIM LLP

By: _____

        Michael S. Kim (MK-0308)
        Francisco J. Navarro (FN-1874)
        800 Third Avenue
        New York, New York 10022
        Telephone: 212.488.1200
        Facsimile: 212.488.1220

        Andrew C. Lourie (AL-0630)
        1919 M Street, N.W.
        Washington, D.C. 20036
        Telephone: 202.664.1900
        Facsimile: 202.664.1920

        *Attorneys for Plaintiffs Fluxo-Cane*
        *Overseas Ltd. and Manoel Fernando Garcia*

2